UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:   0:12-cv-60137-WILLIAMS-SELTZER

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

FIRST RESOURCE GROUP LLC and
DAVID H. STERN,

    Defendants.
_____/

## AMENDED JUDGMENT AGAINST FIRST RESOURCE GROUP LLC

This matter comes before the Court on Plaintiff Securities and Exchange Commission's Notice of voluntary dismissal of its civil penalty claim against First Resource Group LLC (DE 71), and Motion for Amended Judgment. (DE 74). Upon review of the Notice, Motion, and the record, the claim for a civil money penalty is dismissed. Pursuant to this Court's Order of April 28, 2014 (DE 70), the Commission shall file its motion for default judgment to resolve the remaining injunctive relief and disgorgement claims against First Resource Group by July 23, 2014.

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

**DONE AND ORDERED** this 22nd day of July, 2014, in Miami, Florida.

_____
HONORABLE KATHLEEN M. WILLIAMS
U.S. DISTRICT JUDGE