UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:12-cv-60137-WILLIAMS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

FIRST RESOURCE GROUP LLC and
DAVID H. STERN,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT OF PERMANENT INJUNCTION AND
OTHER RELIEF AS TO DEFENDANT FIRST RESOURCE GROUP LLC**

The Securities and Exchange Commission having filed a Complaint and Defendant First Resource Group LLC having failed to enter an appearance through Counsel pursuant to this Court's Order and a Clerk's Default having been entered against it:

I.

**SECTION 17(a) OF THE SECURITIES ACT**

**IT IS ORDERED AND ADJUDGED** that First Resource Group, its officers, agents, servants, representatives, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 17(a) of the Securities Act of 1933 (the "Securities Act")[15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or

instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser,

by, directly or indirectly, (i) creating a false appearance or otherwise deceiving any client or prospective client, or (ii) disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any client or prospective client, about:

    (A) any investment strategy or investment in securities,

    (B) the trading volume or price of any stock,

    (C) compensation to any person, or

    (D) the prospects for success of any product or company.

II.

### SECTION 10(b) and RULE 10b-5 OF THE SECURITIES ACT

**IT IS FURTHER ORDERED AND ADJUDGED** that First Resource Group, its officers, agents, servants, representatives, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating,

directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

by, directly or indirectly, (i) creating a false appearance or otherwise deceiving any client or prospective client, or (ii) disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any client or prospective client, about:

(A) any investment strategy or investment in securities,

(B) the trading volume or price of any stock,

(C) compensation to any person, or

(D) the prospects of success of any product or company.

### III.

### SECTION 15(a) OF THE EXCHANGE ACT

**IT IS FURTHER ORDERED AND ADJUDGED** that First Resource Group, its officers, agents, servants, representatives, employees, attorneys, and all persons in

active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 15(a)(1) of the Exchange Act, 15 U.S.C. § 78j(a)(1), directly or indirectly, by making use of any means or instrumentality of interstate commerce or of the mails and engaging in the business of effecting transactions in securities for the accounts of others, or inducing or effecting the purchase and sale of securities, while not registered with the Commission in accordance with the provisions of Section 15(b) of the Exchange Act, or while not associated with a broker-dealer that was so registered.

## IV.

## DISGORGEMENT AND CIVIL PENALTY

**IT IS FURTHER ORDERED AND ADJUDGED** that First Resource Group is jointly and severally with Co-Defendant David Stern, against whom this Court has entered a separate Judgment (DE 73), for disgorgement of $169,000, representing profits gained as a result of the conduct alleged in the Complaint. First Resource Group is also liable for prejudgment interest on this amount commencing on the date of the Complaint filing, January 26, 2012, which totals $12,629.92, for a total of $181,629.92. First Resource Group shall satisfy this obligation by paying $181,629.92 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.[1]

First Resource Group may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at

---

[1] Consistent with the Court's Order (DE 73) and representations of counsel, the $181,629.92 judgment entered here is subsumed within the $223,788.66 the Court has already ordered David H. Stern to pay (DE 73). No additional funds, other than those identified in the Court's Order (DE 73), are to be collected from Mr. Stern.

http://www.sec.gov/about/offices/ofm.htm. First Resource Group may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; First Resource Group as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

First Resource Group shall simultaneously transmit photocopies of evidence of payment and case identifying information to Amie Riggle Berlin, Senior Trial Counsel, Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131. By making this payment, First Resource Group relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to First Resource Group. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

First Resource Group shall not seek or accept, directly or indirectly, reimbursement or indemnification from any source, including but not limited to payment made pursuant to any insurance policy, with regard to any civil penalty amounts that First Resource Group pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors. First Resource Group shall not claim, assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any penalty amounts that First Resource Group pays pursuant to the Final Judgment, regardless of

whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors.

The Commission may enforce the Court's judgment for disgorgement by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## VI.

## BANKRUPTCY AND NONDISCHARCHABILITY

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by First Resource Group, and further, any debt for disgorgement, civil penalty or other amounts due by First Resource Group under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by First Resource Group of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

## VIII.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court will retain jurisdiction over this matter and First Resource Group for sixty days in order to enforce the terms of this Judgment.

## IX.

## **CERTIFICATION UNDER RULE 54(b)**

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

## X.

## **CONCLUSION**

Upon review of the record and the Motion, it is **ORDERED AND ADJUDGED** that the Final Judgment is entered. The action is **DISMISSED**. The Court shall retain jurisdiction for 60 days from the date of this Order to enforce the terms of the Judgment. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of August, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE